SARAH MOSSIP, as Administratrix of the Estate of WILLIAM
H. McKENZIE, Deceased, Appellant, *v.* F. H. CLEMENT
& Co., Respondent.

Submitted April 8, 1940; decided April 23, 1940.

*Philip Halpern, Emil L. Cohen* and *Winton H. Church* for appellant.

*Ulysses S. Thomas, Ralph W. Dox* and *Paul W. Lapey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.